

2012 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

1-31-2012

# Gabriel Busa v. Township of Gloucester

Precedential or Non-Precedential: Non-Precedential

Docket No. 11-2224

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2012

Recommended Citation

"Gabriel Busa v. Township of Gloucester" (2012). *2012 Decisions.* Paper 1503.
http://digitalcommons.law.villanova.edu/thirdcircuit_2012/1503

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2012 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 11-2224
_____

GABRIEL BUSA,

                                Appellant

v.

TOWNSHIP OF GLOUCESTER; MAYOR AND COUNCIL
OF THE TOWNSHIP OF GLOUCESTER; DAVID MAYER

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 10-cv-1396)
District Judge:  Hon. Joseph E. Irenas

_____

Submitted Under Third Circuit LAR 34.1(a)
January 13, 2012

Before:  McKEE, *Chief Judge,* FUENTES, and JORDAN, *Circuit Judges.*

_____

ORDER AMENDING OPINION
_____

IT IS ORDERED that the above captioned opinion, filed January 23, 2012, be amended as follows:

Page 6, the second paragraph, sentence beginning "The Director in the Township …" shall deleted and replaced with:

> The Director in the Township of Gloucester also "[d]evelops, administers, and implements a variety of public works programs" (*id*.), supervises employees (Busa Dep. Tr. 48:10-11, App. at 123), is responsible for the divisions of streets,

sanitation, and parks and playgrounds, and submits budget requests to the Mayor, *see* N.J. Stat. Ann. § 40:69A-45.

/s/  Kent A. Jordan
Circuit Judge

DATED: January 31, 2012